AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| United States of America<br>v.<br>William T. Koch<br><br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No. 1:13 MJ 9010 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __9/9/2012__ in the county of __Lorain__ in the __Northern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251(a)(e) | used, persuaded, induced, enticed and coerced a minor to engage in sexually explicit conduct for the purpose of transmitting a live visual depiction of such conduct; and knowing and having reason to know that such visual depiction would be transmitted, using any means or facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT, which is incorporated herein by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Kelly Liberti, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/10/2013

*Judge's signature*

City and state: Cleveland, OH

William H. Baughman Jr., U.S. Magistrate Judge
*Printed name and title*